■ HUGO SABATINI et al., Respondents, v GENERAL ELECTRIC COMPANY et al., Appellants. (And Third-Party Actions.)—In a negligence action to recover damages for personal injuries, etc., defendants appeal from an order of the Supreme Court, Richmond County, dated March 28, 1978, which granted the plaintiffs' motion to increase the *ad damnum* clause in the complaint (a) on behalf of the injured plaintiff husband from $5,000,000 to $10,000,000, and (b) on behalf of the plaintiff wife, for loss of services and consortium, from $500,000 to $2,000,000. Order reversed, without costs or disbursements, and motion denied. In our opinion the original amounts demanded in the *ad damnum* clauses are sufficient (see *Harris v Village of*

*East Hills,* 50 AD2d 921; *Burroughs v East Hudson Parkway Auth.,* 37 AD2d 836). Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.